14 So.2d 911

**Ed BAILEY v. STATE.**

8 Div. 358.

Court of Appeals of Alabama.
May 25, 1943.

Rehearing Denied June 15, 1943.

Russell W. Lynne, of Decatur, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

15 So.2d 921

**Robert BAKER v. STATE.**

4 Div. 798.

Court of Appeals of Alabama.
Nov. 9, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

15 So.2d 921

**Jabbo BALDWIN v. STATE.**

4 Div. 795.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 868

**Claude BALENTINE v. STATE.**

8 Div. 290.

Court of Appeals of Alabama.
March 16, 1943.

F. S. Parnell, of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

19 So.2d 851

**Abner BARKER v. STATE.**

8 Div. 431.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 891

**Alex BARNES v. STATE.**

6 Div. 86.

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.